# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2257
Lower Tribunal No. 13-27684
_____

**Giuliana Gomez De Cordova
n/k/a Giuliana Llanso,**
Appellant,

vs.

**Jose Gomez De Cordova,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Cruz Legal, P.A., and Marisol Cruz; Martinez-Scanziani & Associates Law, P.A. and Denise Martinez-Scanziani, for appellant.

Valdespino & Associates, P.A., and Jacqueline M. Valdespino, for appellee.

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed. See Llanso v. Gomez de Cordova, 263 So. 3d 137, 140-41 (Fla. 3d DCA 2018) (noting that "[o]ur reversal, however, is without prejudice to the trial court's re-entry of a similar final judgment and subsequent orders as the interlocutory appeal has been dismissed"); see also Cadwell v. Cadwell, 549 So. 2d 1133, 1135 (Fla. 3d DCA 1989) (explaining that a final judgment may be reentered on remand "as the trial court deems appropriate"); Garcia-Lawson v. Lawson, 82 So. 3d 137, 138 (Fla. 4th DCA 2012) ("We note that, on remand, the trial court is authorized to re-enter the final judgment since the interlocutory appeals that prevented that court from disposing of the case have been resolved with finality.").

Both appellant and appellee move for appellate attorney's fees. Pursuant to Rosen v. Rosen, 696 So. 2d 697 (Fla. 1997), we remand both motions for appellate attorney's fees to the trial court for further proceedings thereon.